CHRISTEN, Circuit Judge,
concurring:
I fully join the Court’s rejection of Phillips’s procedural challenge to his sentence. I also agree that our prior precedent and Supreme Court precedent foreclose Phillips’s argument that use of his prior conviction as a predicate offense for his § 922(g)(1) conviction violates the Second Amendment. Because binding precedent forecloses Phillips’s Second Amendment argument, I would not engage in further analysis or discussion of it. See Cetacean Cmty. v. Bush, 386 F.3d 1169, 1173 (9th Cir. 2004) (Commentary “made during the course of delivering a judicial opinion, but ... unnecessary to the decision in the case” is “nonbinding dicta” and is “not precedential.”).